USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

Plaintiff,

-v-

MTR AUTO GROUP LLC,

Defendant.

**ORDER**

26-CV-8088 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated October 20, 2026, Defendant was directed to serve a copy of the October 20 order on Plaintiff and to file proof of service no later than November 2, 2026. ECF No. 11. To date, no proof of service has been filed. The deadline for Defendant to serve the order on Plaintiff and file proof of service is extended to **November 6, 2026**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge