USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

Plaintiff,

-v-

MTR AUTO GROUP LLC,

Defendant.

**ORDER**

26-CV-8088 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 9, 2026 to discuss scheduling and case management. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Plaintiff shall file a notice of appearance by **November 13, 2026**. The parties shall confer and submit a case management plan by email to RicardoNYSDChambers@nysd.uscourts.gov by **November 13, 2026**. The undersigned shall hold a case management conference on **November 17, 2026**, at **4:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 166 759 751#).

**SO ORDERED.**

Dated: November 9, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge